UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:06-CR-00169-PMP-GWF |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| JOSE NOE JIMENEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Before the Court for consideration is Defendant Jose Noe Jimenez's Motion to Dismiss Based Upon a Prior Unlawful Deportation (Doc. #26). On February 1, 2007, the Honorable George Foley, Jr., United States Magistrate Judge entered a Report of Findings and Recommendation (Doc. #34) recommending the denial of Defendant's above-referenced Motion. Objections (Doc. #37) were filed on March 15, 2007, by Defendant pursuant to LR IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, to which the Government Responded (Doc. #38) on March 26, 2007.

      The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that Magistrate Judge Foley's Report of Findings and Recommendation should be Affirmed.

/ / /

/ / /

1   IT IS THEREFORE ORDERED that Defendant's Objections (Doc. #37) are
2 Overruled and Magistrate Judge Foley's Findings and Recommendations (Doc. #34) are
3 Affirmed and Defendant's Motion to Dismiss (Doc. #26) is Denied.

5 Dated: April 26, 2007.

_____
PHILIP M. PRO
United States District Judge